STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Roy Seale Halcomb, Jr.
Broussard, Halcomb & Vizzier
P. O. Box 1311
Alexandria LA 71309

REHEARING ACTION: May 27, 2015

Docket Number: 14   00934-CA

NADDIA MELDER, ET UX.
VERSUS
STATE FARM MUTUAL AUTO INS. CO., ET AL.

Appealed from Rapides Parish Case No. 234,239

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Naddia Melder and Randel Melder** has this day been

**DENIED.**
Cooks, J., would grant the rehearing.

cc: Bonita K. Preuett-Armour, Counsel for the Appellee
    Joseph Payne Williams, Counsel for the Appellee